**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Demetrius Ray WILLIAMS,

Defendants.

Case No.: '22 MJ3418

COMPLAINT FOR VIOLATION OF

Title 21 U.S.C. §§ 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

COUNT 1

On or about September 18, 2022, within the Southern District of California, Demetrius Ray WILLIAMS did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

COUNT 2

On or about September 18, 2022, within the Southern District of California, Demetrius Ray WILLIAMS did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Brett Shaddick
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 19th day of September 2022.

Hon. Mitchell D. Dembin
United States Magistrate Judge

# STATEMENT OF FACTS

On September 18, 2022, at approximately 8:52 AM, Demetrius Ray WILLIAMS, ("WILLIAMS"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #28. WILLIAMS was the driver, sole occupant, and registered owner of a 2010 GMC Acadia ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer received two negative Customs declarations from WILLIAMS. WILLIAMS stated he was crossing the border to go to Los Angeles, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the driver side quarter panel, the passenger side quarter panel, and dashboard of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the dashboard of the vehicle.

Further inspection of the vehicle resulted in the discovery of 138 total packages concealed in the rear quarter panels and dashboard of the vehicle. 134 of the packages contained a substance, a sample of which field tested positive for the characteristics of Methamphetamine, with a total approximate weight of 70.86 kgs

(156.22 lbs.); 4 of the packages contained a substance, a sample of which field tested positive for the characteristics of Fentanyl, with a total approximate weight of 4.66 kgs (10.27 lbs.).

WILLIAMS was placed under arrest at approximately 12:55 PM.

WILLIAMS was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.